In re MUCHINNIPPI CREEK etc
FIRST NAT BK of WAPAKONETA et v WILDERMUTH et

Ohio Appeals, 3rd Dist, Logan Co
No 777.  Decided April 6, 1929

West & Campbell, George S. Middleton, Dittmer & Timmermeister, Elmer Godwin and A. Jay Miller, all of Bellefontaine, and Otto J. Boesel, Wapakoneta, for plaintiffs in error.

F. G. Long, Bellefontaine, Mills & Doorley, Sidney and Dow Aiken, Bellefontaine, for defendants in error.

Before Judges Hughes, Justice and Crow. Full Opinion will be published later. Watch **Omnibus Index**.